UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 24-2656 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 21, 2024, Minute Order, the parties have conferred and provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's two requests for certain communications involving certain Department of Education employees regarding Title IX. *See* Compl. ¶¶ 8, 17, ECF No. 1.

Defendant has conducted searches for both FOIA requests 24-01546-F and 24-01547-F and is currently reviewing the documents for both responsiveness and exempt material. The anticipated number of responsive documents are as follows: FOIA request number 24-01546-F has approximately 1,110 pages and 24-01547-F has approximately 8 pages. The anticipated release date for these documents is on a rolling basis, with the first production at the end of January. Defendant does not anticipate seeking an *Open America Stay* at this time.

Given this status, the parties believe that summary judgment briefing and filing of a *Vaughn* index are premature at this time. The parties propose filing another status report in approximately sixty days, or on or before March 10, 2025, to report on the progress of Defendant's processing and production.

Dated: January 7, 2025

Respectfully submitted,

| | |
|---|---|
|     */s/ Gary M. Lawkowski* <br> Gary M. Lawkowski, D.D.C. Bar ID: VA125 <br> DHILLON LAW GROUP, INC. <br> 2121 Eisenhower Avenue, Suite 608 <br> Alexandria, Virginia 22314 <br> Telephone: 703-574-1654 <br> GLawkowski@Dhillonlaw.com <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES, DC Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By:   */s/ Erika Oblea* <br> ERIKA OBLEA, DC Bar #1034393 <br> Assistant United States Attorney <br> U.S. Attorney's Office, Civil Division <br> 601 D Street, N.W. <br> Washington, DC 20530 <br> (202) 252-2567 <br> Erika.oblea@usdoj.gov <br><br> *Counsel for Defendant* |