UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF EDUCATION,<br><br>  Defendant. | Civil Action No. 24-2656 (ACR) |

## JOINT STATUS REPORT

Pursuant to the parties' proposal in their January 7, 2025, Joint Status Report, the parties have conferred and provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's two requests for certain communications involving certain Department of Education employees regarding Title IX. *See* Compl. ¶¶ 8, 17, ECF No. 1.

Defendant conducted searches for both FOIA requests 24-01546-F and 24-01547-F and sent two productions, totaling over 1,000 pages, to Plaintiff's counsel. The number of responsive documents are as follows: FOIA request number 24-01546-F had approximately 1,110 pages and 24-01547-F has approximately 8 pages. The documents were released on a rolling basis, with the first production on January 31, 2025, and the second and final production on February 26, 2025. The parties now expect to meet and confer in an attempt to eliminate or narrow any issues for this litigation..

Given this status, the parties believe that summary judgment briefing and filing of a *Vaughn* index are premature at this time. The parties propose filing another status report in approximately sixty days, or on or before May 9, 2025, to report on the parties' discussions.

Dated: March 10, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Karin Sweigart* | EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney |
| Karin Sweigart<br>DHILLON LAW GROUP, INC.<br>177 Post Street Suite 700<br>San Francisco, CA 94108<br>415-433-1700 Email:Ksweigart@dhillonlaw.com | By: */s/ Erika Oblea*<br>ERIKA OBLEA, D.C. Bar #1034393<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>601 D Street, N.W.<br>Washington, DC 20530<br>(202) 252-2567<br>Erika.oblea@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |