But UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF EDUCATION,<br><br>  Defendant. | Civil Action No. 24-2656 (ACR) |

## JOINT STATUS REPORT

Pursuant to the parties' proposal in their May 9, 2025, Joint Status Report, the parties have conferred and provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's two requests for certain communications involving certain Department of Education employees regarding Title IX. *See* Compl. ¶¶ 8, 17, ECF No. 1.

As previously reported, Defendant completed its production in response to the FOIA requests. The parties have been meeting and conferring about exemptions applied to the released records. On June 26, 2025, Defendant made a supplemental release. Defendant expects to review the remaining records produced to Plaintiff to determine if any other information can be released. The parties expect to continue to meet and confer to potentially eliminate or narrow any issues for this litigation.

Given this status, the parties believe that summary judgment briefing and filing of a *Vaughn* index are premature at this time. The parties propose filing another status report in approximately sixty days, or on or before September 8, 2025, to report on the parties' discussions.

\* \* \*

Dated: July 8, 2025

Respectfully submitted,

|  |  |
|---|---|
|  | JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ Karin Sweigart*<br>Karin Sweigart<br>DHILLON LAW GROUP, INC.<br>177 Post Street Suite 700<br>San Francisco, CA 94108<br>415-433-1700 Email:Ksweigart@dhillonlaw.com<br><br>*Counsel for Plaintiff* | By:   */s/ Erika Oblea*<br>ERIKA OBLEA, D.C. Bar #1034393<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>601 D Street, N.W.<br>Washington, DC 20530<br>(202) 252-2567<br>Erika.oblea@usdoj.gov<br><br>*Counsel for Defendant* |